**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Zorro Productions, Inc.

                                    Plaintiff,

v.
                                       Case No.:
                                       1:24−cv−12767
                                       Honorable John
                                       J. Tharp Jr.

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 12, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff having no objection to unsealing the record [44], the Court directs the Clerk to unseal Schedule A to the complaint [8] and Exhibit 2 to the declaration of John Gertz [14] [15] [16] [17] [18] [19] [20] [21] [22] [23] [24] [25] [26] [27] [28] [29] [30]. Upon review of the plaintiff's supplemental listing [43] in response to the Court's 2/4/25 order [42], this case is dismissed. The plaintiff acknowledges that all defendants included in the Schedule A in this case were originally named as defendants in case no. 1:23−cv−0629, and it further acknowledges that it dismissed the defendants from that suit in order to avoid an unfavorable joinder ruling from Judge Maldonado. That is a form of forum shopping: filing a claim, dismissing that claim in anticipation of an adverse ruling, and then filing a new suit that presents the same claim before a different judge. If the plaintiff wishes to pursue its claims against the defendants included in the Schedule A in this case, those claims must be asserted in the case in which they were originally presented. If joinder is deemed improper in that case, remedies such as severance may be available, but naming 242 defendants in new cases until a case is assigned to a judge the plaintiff believes to be hospitable to joinder is not such a remedy. All future dates and deadlines are stricken; all pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.